United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PIERRE ROLLIN, | No. C 09-3579 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHRISTINE COOK, *et al.*, | |
| Defendants. | |

The Court has dismissed plaintiffs' claims with prejudice, and granted summary judgment in favor of defendant Cook. Accordingly, the Court enters judgment in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 14, 2010

SUSAN ILLSTON
United States District Judge