IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PIERRE ROLLIN,<br><br>             Plaintiff,<br>   v.<br><br>CHRISTINE COOK, *et al.*,<br><br>             Defendants.<br>                                           / | No. C 09-3579 SI<br><br>**ORDER VACATING JUNE 1, 2012 CASE MANAGEMENT CONFERENCE AND TAKING ATTORNEY'S FEES MATTER UNDER SUBMISSION** |

The Court has reviewed the parties' separate case management conference statements and determines that the June 1, 2012 case management conference is unnecessary. Accordingly, the June 1, 2012, conference is VACATED.

The sole issue on remand is whether plaintiff is entitled to attorney's fees from the Henderson defendants. The Court agrees with defendants that the Ninth Circuit's memorandum disposition did not hold that plaintiff was entitled to fees. Instead, the Ninth Circuit held that the Court applied the wrong standard in denying plaintiff's fee motion, and the Ninth Circuit vacated and remanded for further proceedings consistent with its memorandum decision.

The docket reflects that the attorney's fees matter has been thoroughly briefed, and both counsel previously submitted declarations regarding the events surrounding plaintiff's service of the complaint and summons on the Hendersons. Accordingly, the Court finds that the record is sufficient to decide the fee matter, and that further proceedings are unnecessary. The Court will issue an order on fees shortly.

**IT IS SO ORDERED.**

Dated: May 29, 2012

                                                                                     SUSAN ILLSTON
                                                                                      United States District Judge